UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    FRANKIE MONEGRO,

                              Plaintiff,

                              20 Civ. 8356 (LGS)

               -against-

                              <u>ORDER</u>

    OMOROVICZA COSMETICS, INC.,

                            Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, this Court's Order, dated November 5, 2020, required the parties to file a proposed joint letter and case management plan by December 10, 2020.  Dkt. No. 8.

    WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It is hereby

    **ORDERED** that, if Plaintiff has been in communication with Defendant, then the parties shall file the joint letter and proposed case management plan by **December 14, 2020**.  If Plaintiff has not been in communication with Defendant, by **December 14, 2020**, Plaintiff shall file a status letter (1) apprising the Court of the efforts to serve Defendant; (2) proposing a deadline by which to move for default judgment against Defendant pursuant to this Court's Individual Rules; and (3) requesting adjournment of the initial conference.

Dated:  December 11, 2020
          New York, New York

                                                      LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE